Elsie HIGGINS, Respondent,

v.

Debra A. SMITH, Appellant.

No. 50309.

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 24, 1985.

Gregory D. O'Shea, St. Louis, for appellant.

Michael W. Bradley, St. Louis, for respondent.

### ORDER

PER CURIAM:

Civil action for specific performance of a contract for personal care.

Judgment affirmed. Rule 84.16(b).